```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
ESTATE OF YEVGENYI A. SCHERBAN;                              :
ESTATE OF NADEJDA NIKITINA;                                  :
EYVGENYI E. SCHERBAN; RUSLAN E.                              :
SCHERBAN; and YEVGEN E. SCHERBAN,                            :      14-CV-6312 (VSB)
                                                             :
                              Plaintiffs,                    :           ORDER
                                                             :
                  -against-                                  :
                                                             :
MERRILL LYNCH a/k/a MERRILL LYNCH                            :
CO. a/k/a MERRILL LYNCH PIERCE                               :
FENNER SMITH; and DOES 1-10,                                 :
                                                             :
                              Defendants.                    :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/22/2021

VERNON S. BRODERICK, United States District Judge:

On June 23, 2021, I issued an Opinion & Order denying Plaintiffs' motion to vacate the Scherban Award, and I confirmed the Scherban Award as modified. (Doc. 68.) The parties have not filed anything since that time. The parties are directed to file a joint letter, no longer than three pages, updating me on the status of this case by on or before July 29, 2021.

SO ORDERED.

Dated: July 22, 2021
       New York, New York

_____
Vernon S. Broderick
United States District Judge