**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ESTEMATE OF YEVGENYI A. SCHERBAN et al.,

            Plaintiffs,

           -against-

MERRILL LYNCH et al.,

           Defendants.

------------------------------------------------------------x

14-CV-6312 (VSB) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 82 and 83. The case is STAYED until **August 15, 2022.**

Plaintiff's counsel is directed to file a status update by August 1, 2022. The Court hopes for the plaintiffs safety during this challenging time.

The Clerk of Court is respectfully directed to STAY the case until August 15, 2021, and close ECF 82 and 83.

**SO ORDERED.**

Dated: March 8, 2022
       New York, New York

       *s/ Ona T. Wang*
       **Ona T. Wang**
       United States Magistrate Judge