UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ESTATE OF YEVGENYI A. SCHERBAN et al.,

         Plaintiffs,

         -against-

MERRILL LYNCH et al.,

         Defendants.

------------------------------------------------------------x

14-CV-6312 (VSB) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 86. The case is STAYED until **Tuesday, November 15, 2022.** Plaintiff's counsel is directed to file a status update by Tuesday, November 1, 2022. The Court hopes for the plaintiffs safety during this challenging time.

The Clerk of Court is respectfully directed to STAY the case until November 15, 2022, and close ECF 86.

**SO ORDERED.**

Dated: August 3, 2022
       New York, New York

                                     _s/ Ona T. Wang_
                                       **Ona T. Wang**
                             United States Magistrate Judge