**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ESTATE OF YEVGENYI A. SCHERBAN et al.,

        Plaintiffs,

        -against-

MERRILL LYNCH et al.,

        Defendants.

------------------------------------------------------------x

14-CV-6312 (VSB) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

On August 3, 2022, the Court stayed the case until November 15, 2022. (ECF 87). The Court is in receipt of Plaintiffs' request to extend the stay from November 15, 2022, to three months later, February 15, 2023, and to conduct a deposition of Alexei A. Alekseenko. (ECF 88). The Court cannot simultaneously grant both requests.

The parties are directed to file briefs to the Court on the following. Counsel for Plaintiffs is directed to clarify their motion in light of the conflict between their requests. Counsel for Plaintiffs is further directed to clarify if Mr. Alekseenko has been served and to articulate reasons why Plaintiffs request a deposition of Mr. Alekseenko. Plaintiff's brief is due **November 18, 2022**. Defendants' brief is due **November 29, 2022**. Counsel for Mr. Alekseenko's brief is due **November 29, 2022**.

The Clerk of Court is respectfully directed to close ECF 88.

**SO ORDERED.**

                                                                    *s/ Ona T. Wang*

Dated: November 10, 2022　　　　　　　　　　　　　　**Ona T. Wang**
New York, New York　　　　　　　　　　　　　United States Magistrate Judge