**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

ESTATE OF YEVGENYI A. SCHERBAN et al.,

        Plaintiffs,

        -against-

MERRILL LYNCH et al.,

        Defendants.

------------------------------------------------------------x

14-CV-6312 (VSB) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

Plaintiffs' consent motion for continuance of the stay is **GRANTED**. The stay is extended from May 15, 2023, to **August 15, 2023**.

The Clerk of Court is respectfully directed to close ECF 96.

**SO ORDERED.**

Dated: May 2, 2023
New York, New York

                *s/ Ona T. Wang*
                **Ona T. Wang**
                United States Magistrate Judge