**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ESTATE OF YEVGENYI A. SCHERBAN et al.,

                Plaintiffs,                         14-CV-6312 (VSB) (OTW)

        -against-                         **ORDER**

MERRILL LYNCH et al.,

                Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Plaintiffs' consent motion for continuance of the stay is **GRANTED**. (ECF 98). The stay is extended from August 15, 2023, to **November 15, 2023**.

The Clerk of Court is respectfully directed to close ECF 98.

**SO ORDERED.**

Dated: August 7, 2023
New York, New York

                                                  _s/ Ona T. Wang_
                                                    **Ona T. Wang**
                                            United States Magistrate Judge