LAW OFFICES OF
# ALEXANDER M. DUDELSON

ALEXANDER M. DUDELSON

26 COURT STREET - SUITE 2306
BROOKLYN, NEW YORK 11242
(718) 855-5100    FAX (718) 624-9552

OF COUNSEL
LOUIS R. ROSENTHAL
GEORGE H. VALLARIO, JR.

YEHUDA FARKAS
FABIAN G. PALOMINO
(1924 - 2014)

July 12, 2024

Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Eyvgenyi E. Scherban v. Merrill Lynch, et al.*
                Case No.: 14-cv-6312 (VSB) OTW)

Your Honor:

    I am the attorney for plaintiff Eyvgenyi E. Scherban. On June 13, 2024, Your Honor issued an Order finding that the only remaining claims in this action that were not resolved by the FINRA arbitration panel are the individual claims of Eyvgenyi E. Scherban. (Dkt. 109). It was further directed that the plaintiff file an amended complaint by July 12, 2024. (Dkt. 109).

    Please accept this letter as a request to extend the plaintiff's time to file the amended complaint from July 12, 2024 to July 26, 2024. This is the first request for an enlargement of time to file the amended complaint. This application is made on the consent of David Libowsky, Esq., attorney for the defendants. The reason for this request is that I was on vacation immediately after the June 13, 2024 Order was issued. Additionally, on occasion it is difficult to communicate with the plaintiff as he is domiciled in Ukraine.

    Thank you for your consideration.

                              Very truly yours,

                              *Alexander Dudelson*

                              Alexander M. Dudelson

**Via ECF:** All parties