**MEMO ENDORSED.**

# LAW OFFICES OF
# ALEXANDER M. DUDELSON

ALEXANDER M. DUDELSON

26 COURT STREET - SUITE 2306
BROOKLYN, NEW YORK 11242
(718) 855-5100   FAX (718) 624-9552

OF COUNSEL
LOUIS R. ROSENTHAL
GEORGE H. VALLARIO, JR.
YEHUDA FARKAS
FABIAN G. PALOMINO
(1924 - 2014)

October 2, 2024

Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Eyvgenyi E. Scherban v. Merrill Lynch, et al.*
      Case No.: 14-cv-6312 (VSB) OTW)

Your Honor:

I am the attorney for plaintiff Eyvgenyi E. Scherban. On September 26, 2024, Your Honor issued an Order directing the Plaintiff to file a motion seeking leave of the Court to amend the complaint with respect to the new parties and new claims by October 2, 2024 (Dkt. 120).

Please accept this letter as a request to extend the plaintiff's time to file the motion from October 4, 2024 to October 11, 2024. This is the first request for an enlargement of time to file the motion for leave to amend the complaitn. This application is made on the consent of David Libowsky, Esq., attorney for the defendants. The reason for this request is that I will be out of the office in observance of Rosh Hashanah.

Thank you for your consideration.

Very truly yours,

*Alexander Dudelson*

Alexander M. Dudelson

**Via ECF:** All parties

Application **GRANTED**.

There will be no further extensions to the deadline for Plaintiff to file a motion seeking leave to amend the complaint.

**SO ORDERED.**

_____
Ona T. Wang
U.S.M.J. 10/3/24