LAW OFFICES OF

# ALEXANDER M. DUDELSON

26 COURT STREET - SUITE 2306
BROOKLYN, NEW YORK 11242
(718) 855-5100   FAX (718) 624-9552

ALEXANDER M. DUDELSON

OF COUNSEL
LOUIS R. ROSENTHAL
GEORGE H. VALLARIO, JR.
YEHUDA FARKAS
FABIAN G. PALOMINO
(1924 - 2014)

October 11, 2024

Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Eyvgenyi E. Scherban v. Merrill Lynch, et al.*
              <u>Case No.: 14-cv-6312 (VSB) OTW)</u>

Your Honor:

      I am the attorney for plaintiff Eyvgenyi E. Scherban. On September 26, 2024, Your Honor issued an Order directing the Plaintiff to file a motion seeking leave of the Court to amend the complaint with respect to the new parties and new claims by October 2, 2024 (Dkt. 120). On October 3, 2024, Your Honor extended the plaintiff's time to file the motion to October 11, 2024.

      Please accept this letter as a request to extend the plaintiff's time to file the motion from October 11, 2024 to October 16, 2024. This is the second request for an enlargement of time to file the motion for leave to amend the complaint. The reason for this late request is that my brief is complete, but I have not yet received my client's declaration in support. It was sent to him three days ago. I spoke with one of my contact's for the plaintiff this morning. I was advised that he is currently in Kyiv, and has been experiencing air raids, which have knocked out and lowered the power in his area. This application is made on the consent of David Libowsky, Esq., attorney for the defendants.

      Thank you for your consideration.

                                        Very truly yours,

                                        *Alexander Dudelson*
                                        Alexander M. Dudelson

**Via ECF:** All parties